

**MotleyRice**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-06
```

Robert T. Haefele
Licensed in NJ & PA
DIRECT DIAL 843.216.9184
DIRECT FAX 843.216.9450
RHaefele@motleyrice.com

May 25, 2006



RECEIVED MAY 2? 2006
RICHARD C... ..../CASEY

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

   Re: In re Terrorist Attacks on September 11, 2001, Civ. Action No. 03 MDL 1570
     (RCC)
     This Document Relates To:
     <u>Euro Brokers, Inc., et al. v. al Baraka Inv. & Dev. Corp., et al.</u>, Case No. 04-
     CV-07279 (S.D.N.Y.)
     <u>World Trade Center Properties, LLC, et al., v. al Baraka Inv. & Dev. Corp., et
     al.</u>, Case No. 04-CV-07280 (S.D.N.Y.)

Dear Judge Casey:

   Pursuant to Your Honor's order dated May 22, 2006, which directed the parties to discuss the possibility of vacating default judgments that the parties agree were entered improperly in the above-referenced two cases, we have discussed with David Nachman, counsel for defendant #226, Abdullah Bin Khalid Al Thani, the defaults entered against defendant al Thani in the above-referenced matters. We are in agreement with Mr. Nachman that these two default judgments against defendant al Thani should be set aside, and accordingly, we request that Your Honor set aside these two default judgments against defendant al Thani in the above-referenced cases.

               Respectfully submitted,

               ROBERT T. HAEFELE

*Application granted.
So ordered.
[signature] Richard Casey
5/26/06*

 cc: David Nachman, DLA Piper Rudnick (Via Electronic Mail)

---

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT PLEASANT
28 BRIDGESIDE BLVD
P.O. BOX 1792
MT PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

ATLANTA
600 WEST PEACHTREE ST.
SUITE 800
ATLANTA, GEORGIA 30308
404-201-6900
404-201-6959 FAX