UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2013

-----------------------------------------------------------x

IN RE:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

: **ORDER**

: 03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    The discovery conference scheduled for September 10, 2013 is adjourned. By September 13, 2013, the parties shall submit a joint letter to my Chambers providing their availability for a further conference during the week of October 28, 2013.

    SO ORDERED.

Dated:    New York, New York
          September 4, 2013

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)