# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.

WASHINGTON, D.C. 20009

| | | |
|---|---|---|
| LYNNE BERNABEI<br>DAVID WACHTEL<br>ALAN R. KABAT | 202.745.1942<br>FAX: 202.745.2627<br>WWW.BERNABEIPLLC.COM | PETER M. WHELAN<br>LAUREN R. S. MENDONSA<br>MATTHEW E. RADLER▲<br>KAREN TANENBAUM<br><br>▲ADMITTED IN VA ONLY |

<u>By Priority Mail</u>
March 6, 2015

Sean Carter, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Robert Haefele
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

  Re: *In re Terrorist Attacks*, MDL No. 03-1570 (GBD) (FM).

Dear Sean and Robert:

  Enclosed please find a CD-ROM with documents produced by AHIF-USA, which supplement its prior document productions. As you know, AHIF-USA has already produced over 80,000 pages of documents through September 2013.

  The documents Bates-stamped AHIF 4242-4428 are or may be responsive to Document Request No. 30; documents Bates-stamped AHIF 4429-4954 are or may be responsive to Document Request No. 26.

          Sincerely,

          /s/ Alan

          Alan R. Kabat

Enc.

cc: MDL-1570 counsel
   (by e-mail)