**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

IN RE:                             :                 <u>ORDER</u>
                                :

TERRORIST ATTACKS ON        :      03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001          :
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

    *All actions*

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant Al Rajhi Bank's renewed motion to dismiss and motion for summary judgment for lack of personal jurisdiction (ECF No. 9785[1]) is scheduled for December 10, 2024 at 9:45 a.m.


Dated:  October 9, 2024
        New York, New York

                          SO ORDERED.

                          *George B. Daniels*
                          GEORGE B. DANIELS
                          United States District Judge

---

[1] This ECF citation refers to the document filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).